**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 308 EAL 2017

                Respondent    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court

           v.    :

                                      :

PRINCE DAVIS,    :

                Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.